**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

**IN RE:**

                                          **CASE NO.  3:09-bk-01101-PMG**

**David L. Waterbury**
**Donna M. Waterbury,**

       **Debtor(s).**
_____/

**REPORT OF DEPOSITING FUNDS TO THE COURT UNCLAIMED FUND ACCOUNT**

      The Chapter 7 Trustee, Robert Altman, reports that more than ninety days have passed and the following checks have not been presented for payment:

| CLAIM NUMBER | CREDITOR NAME AND ADDRESS | CLAIM AMOUNT | AMOUNT OF CHECK | CHECK NUMBER |
|---|---|---|---|---|
| 10 | Alltel<br>Bankruptcy Dept. 1269B5F03-B<br>Alltel Corporation<br>One Allied Drive<br>Little Rock, AR 72202 | $695.76 | $41.27 | 111 |

      Pursuant to 11 U.S.C. §347(a), the Trustee has stopped payment on the check(s).  A copy of this Report and the original check have been mailed to the attention of Susan Magaditsch, Financial Manager, United States Bankruptcy Court, Sam M. Gibbons United States Courthouse, 801 North Florida Avenue, Suite 727, Tampa, Florida 33602.

      Dated: August 27, 2010

                                                      **ROBERT ALTMAN, P.A.**
                                                      **/S/ Robert Altman**

                                                      **Robert Altman, Trustee**
                                                      **Florida Bar # 346861**
                                                      **P.O. Box 922**
                                                      **Palatka, FL 32178-0922**
                                                      **(386) 325-4691**
                                                      **(386) 325-9765 (fax)**